IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATHEW BRAY,<br><br>              Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>              Defendant. | **8:23CV235**<br><br>**ORDER OF DISMISSAL** |

       This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 47). The Court, being advised in the premises, finds that such an Order is proper.

       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice and without costs or disbursements to any of the parties.

       Dated this 10th day of January, 2025.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge